```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01826
   DALAL MASRI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-5176


----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/28/08 .

   2.  The case was converted to Chapter 7 without confirmation, 05/28/2008.

   3.  The Debtor paid a total of $   1219.15 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                        PAID           PAID
----------------------------------------------------------------------
AMERICAS SERVICING CO   CURRENT MORTG       .00            .00            .00
AMERICAS SERVICING CO   MORTGAGE ARRE NOT FILED            .00            .00
AMERICAS SERVICING CO   SECURED             .00            .00            .00
AMERICAS SERVICING CO   MORTGAGE ARRE NOT FILED            .00            .00
TOYOTA MOTOR CREDIT CORP SECURED VEHIC      .00            .00         1148.43
GOOD SAMARITAN HOSPITAL UNSECURED     NOT FILED            .00            .00
FIA CARD SERVICES       UNSECURED     NOT FILED            .00            .00
DELNOR COMMUNITY HOSPITA UNSECURED    NOT FILED            .00            .00
KEVIN WALSH             UNSECURED     NOT FILED            .00            .00
STEPHEN SOKALSKI        UNSECURED     NOT FILED            .00            .00
DUPAGE MEDICAL GROUP    UNSECURED     NOT FILED            .00            .00
ORTHOSPORT              UNSECURED     NOT FILED            .00            .00
US DEPT OF EDUCATION    UNSECURED     NOT FILED            .00            .00
WELLS FARGO FINANCIAL   UNSECURED     NOT FILED            .00            .00
WELLS FARGO FINANCIAL   UNSECURED     NOT FILED            .00            .00
         Summary of disbursements:
----------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED    OTHER        TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00        .00           .00
PRINCIPAL PAID     1148.43        .00        .00        .00       1148.43
INTEREST PAID          .00        .00        .00        .00           .00
TOTAL PAID         1148.43        .00        .00        .00       1148.43
The Debtor's attorney, SPRINGER BROWN COVEY GAERTNER , was allowed $      .00
and was paid $       .00 .

The Trustee received $    70.72 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                                        PAGE  2
         CASE NO. 08 B 01826 DALAL MASRI